*United States District Court for the Northern District of Illinois*

**F I L E D**
**MAY 27 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08-50092    Assigned/Issued By: pb

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee    ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**
☒ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

2 Original and  0  copies on  5/27/08  as to  Defendants
(Date)

C:\wpwin80\docket\feeinfo.frm   01/01

Copy to Judge Kapala ✓