UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDS MUSIC CORP., JAY LIVINGSTON MUSIC, OCTAVE MUSIC PUBLISHING CORP., TROUP LONDON MUSIC, QUARTET MUSIC, INC., RANGE ROAD MUSIC, INC. and HAMPSHIRE HOUSE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK PRIME, INC. and GEORGE ARCHOS, <br><br> Defendants. | Case No. 08 C 50092 <br><br> Judge Kapala <br><br> Magistrate Judge Mahoney |

## NOTIFICATION OF AFFILIATES

The undersigned counsel, in accordance with Local Rule 3.2, hereby states that the Plaintiffs have no publicly-held affiliates.

Dated: May 29, 2008

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

By: _____
Jared D. Solovay
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000

*Attorneys for Plaintiffs Sands Music Corp, et al.*

291928v1