**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 50092 |
|---|---|
| Sands Music Corp., et al., Plaintiffs, v. New York Prime, Inc. and George Archos, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| NAME (Type or print) |
|---|
| Scott T. Lonardo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Scott T. Lonardo/ |
| FIRM |
| Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP |
| STREET ADDRESS |
| 311 S. Wacker Drive, Suite 5000 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287883 | (312) 554-7947 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐