**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 CV 50092

Sands Music Corp., et al.,
    Plaintiffs,
v.
New York Prime, Inc. and George Archos,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print) Scott T. Lonardo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Scott T. Lonardo/ | |
| FIRM   Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP | |
| STREET ADDRESS   311 S. Wacker Drive, Suite 5000 | |
| CITY/STATE/ZIP   Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6287883 | TELEPHONE NUMBER   (312) 554-7947 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |