UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Western Division

Sands Music Corp, et al.
                    Plaintiff,

v.                                    Case No.: 3:08−cv−50092
                                      Honorable Frederick J. Kapala

New York Prime, Inc., et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

   MINUTE entry before the Honorable P. Michael Mahoney:Status hearing stricken. Parties report cause settled. Parties given to 12/8/08 to file stipulation to dismiss. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.